IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL ACTION NO. 08-731-1 |
| HARRY JACKSON | : | |

### ORDER

AND NOW, this 25th day of May, 2016, upon consideration of Defendant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 56)[1] and in conjunction with the prior ruling of the Honorable Mary A. McLaughlin (Doc. No. 71), it is hereby ORDERED that said Motion is DENIED in its entirety.

It is further ORDERED that there exists no basis for issuance of a Certificate of Appealability.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C.  Darnell Jones,  II     J.

---

[1] This case was originally assigned to and presided over by the Honorable Mary A. McLaughlin, who conducted a hearing and issued an Order regarding Defendant's §2255 motion. Defendant appealed J. McLaughlin's ruling and on October 5, 2015, the matter was summarily remanded for consideration of the second, third and fourth issues presented in Defendant's motion. (Doc. No. 80.)  The case was subsequently reassigned to this Court due to Judge McLaughlin's retirement from the bench.  (Doc. No. 82.)